UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SANDY GRACIANO, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

           Plaintiffs,

           v.

BOTANIKA BEAUTY LLC,

           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:21-cv-6934

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), SANDY GRACIANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, BOTANIKA BEAUTY LLC, with prejudice and without fees and costs.

Dated: New York, New York
       April 28, 2022

                                      **GOTTLIEB & ASSOCIATES**

                                      _/s/Michael A. LaBollita, Esq._

                                      Michael A. LaBollita, Esq., (ML-9985)
                                      150 East 18th Street, Suite PHR
                                      New York, NY 10003
                                      Phone: (212) 228-9795
                                      Fax: (212) 982-6284
                                      Michael@Gottlieb.legal

                                      _Attorneys for Plaintiffs_

SO ORDERED:

_____
United States District Court Judge